| | |
|---|---|
| 1 | GEOFFREY A. HANSEN<br>Acting Federal Public Defender |
| 2 | MANUEL U. ARAUJO<br>Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street<br>Suite 575 |
| 4 | San Jose, CA 95113 |
| 5 | Telephone: (408) 291-7753 |
| 6 | Counsel for Defendant DICKINSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00224-PSG |
| Plaintiff, | ) ) | STIPULATION TO EXTEND THE SURRENDER DATE OF APRIL 19, 2012 |
| vs. | ) ) | TO JULY 1, 2012, AT 12:00 NOON, AND [~~PROPOSED~~] ORDER |
| JONATHON CHARLES DICKINSON, | ) ) | |
| Defendant. | ) ) | |

## **STIPULATION**

Defendant, Jonathon Charles Dickinson, his counsel, Assistant Federal Public Defender Manuel U. Araujo, and the United States of America through its attorney of record, Assistant United States Attorney Daniel R. Kaleba, stipulate and agree, subject to the Court's acceptance, that the April 19, 2012 , self-surrender date to the place of incarceration designated by the Bureau of Prisons for service of the thirty day jail custody portion of his sentence be extended from April 19, 2012, to July 1, 2012, at 12:00 noon. The purpose for the extension is to provide the defendant with an opportunity to complete his journeyman training before commencing his jail sentence. Mr. Dickinson is currently serving his 30-day sentence of electronic monitoring.

Case No. CR 11-00224-PSG
Stipulation to Extend Surrender Date and
~~Proposed~~ Order                                          1

Mr. Dickinson has been advised and understands that his failure to surrender himself would violate Title 18, United States Code, § 3146(a)(2) and (b)(1)(A)(iv) , which makes it a misdemeanor for a person to fail to surrender for the service of a sentence ordered by a court. He also has been advised and understands and that pursuant to 18, United States Code, § 3146(b)(1)(A)(iv) such a failure to surrender could subject him to an additional maximum punishment of one year and/or a maximum $1,000 fine. He also has been advised and understands that pursuant to Title 18, United States Code, § 3146(b)(2) a sentence imposed under §3146(b)(1)(A), must be consecutive to the sentence in case number No. CR 11-00224-01-PSG.

The defense has conferred with the United States Probation Officer Esmeralda Gupton, and she has no objection to an extension of the stay of the execution of the sentence to July 1, 2012.

SO STIPULATED:

Dated: March 22, 2012           _____/s/_____
MANUEL U. ARAUJO,
Assistant Federal Public Defender

Dated: March 22, 2012           _____/S/_____
DANIEL R. KALEBA,
Assistant United States Attorney

Case No. CR 11-00224-PSG
Stipulation to Extend Surrender Date and
~~Proposed~~ Order           2

[~~PROPOSED~~] ORDER

The parties have jointly requested to extend Jonathon Charles Dickinson's self-surrender date to July 1, 2012, at 12:00 noon. Pursuant to the parties' stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant's self-surrender date presently set for April 19, 2012, is extended to July 1, 2012, at 12:00 noon.

Dated: Octej "48, 2012

_____
HONORABLE PAUL S. GREWAL
United States District Magistrate Judge

Case No. CR 11-00224-PSG
Stipulation to Extend Surrender Date and
~~Proposed~~ Order                     3